

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2016

No. 04-15-00655-CR

Matthew Jamal **JACKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0148
Honorable Ron Rangel, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena O. Chapa, Justice
Jason Pulliam, Justice

The Court has considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court